**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kedrick Frank O'MEARA,**
**Defendant–Appellant.**

**No. 01–4760.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2002.

Decided Oct. 2, 2002.

Michael R. Cline, Michael R. Cline Law Office, Charleston, West Virginia, for Appellant. Kasey Warner, United States Attorney, Charles T. Miller, First Assistant United States Attorney, Andrew R. Cogar, Third Year Law Student, Charleston, West Virginia, for Appellee.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kendrick O'Meara appeals the district court's order granting the Government's motion to revoke O'Meara's conditional release and denying O'Meara's motion that he be unconditionally released from both federal and state custody. We have reviewed the record and the district court's opinion, and we find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. O'Meara,* No. CR–91–44 (S.D.W.Va. Sept. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*